UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ARLYNN ABRAMSON,

                        Plaintiff,                    **ORDER**
                                                                 CV 07-2546 (TCP)(ARL)
      -against-

MAUREEN FLAHERTY, et al.,

                        Defendants.
-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      By letter dated March 20, 2008, the plaintiff moved to compel the defendants to produce certain personnel records, including the records of the defendant Maureen Flaherty. By letter dated March 28, 2008, the defendants cross-moved for a protective order concerning the same records. By order dated April 15, 2008, the undersigned granted the defendants' motion in part and agreed to conduct an *in camera* review of any complaints or disciplinary matters contained in the Flaherty personnel file in order to determine their relevance to this action. The court is in receipt of those documents and finds that Specifications No. 6, 28, 29, 30, 31 and 33 should be provided to the plaintiff.


Dated:  Central Islip, New York                  SO ORDERED:
           May 9, 2008

                                                          _____/s/_____
                                                           ARLENE ROSARIO LINDSAY
                                                           United States Magistrate Judge